50623. JOHNSON et al. v. EIDSON et al.

EVANS, Judge.

The decision of this court in the present case, affirming the judgment of the trial court (*Johnson v. Eidson,* 135 Ga. App. 335 (217 SE2d 460)), having been reversed by the Supreme Court (*Johnson v. Eidson,* 235 Ga. 820), our decision is hereby vacated and the judgment of the trial court is reversed in accordance with the mandate of the Supreme Court.

*Judgment reversed. Deen, P. J., and Stolz, J., concur.*

DECIDED FEBRUARY 13, 1976.

*Mattox & Baldwin, A. Quillian Baldwin, Jr.,* for appellants.

*H. J. Thomas, Jr., James E. Weldon,* for appellees.